AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Tennessee

United States Courts
Southern District of Texas
FILED
*May 16, 2018*
David J. Bradley, Clerk of Court

United States of America
v.
ADEMOLA EMMANUEL ADEOTI

*Defendant(s)*

Case No. 18-cr-20144-JTF-cgc

4:18mj0805

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 7, 2017 to present__ in the county of __Shelby__ in the __Western__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 1343 & 1349 | Wire fraud and attempt or compiracy to commit same. |

This criminal complaint is based on these facts:
(See attached Affidavit/Prosecution Report of Special Agent David E. Palmer, Federal Bureau of Investigation

☑ Continued on the attached sheet.

*Complainant's signature*
Special Agent David E. Palmer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/14/2018

s/ Diane K. Vescovo
*Judge's signature*

City and state: Memphis, Tennessee

The Honorable Diane K. Vescovo
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. 18-cr-20144-JTF-cgc |
|  | ) |
| ADEMOLA EMMANUEL ADEOTI | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ADEMOLA EMMANUEL ADEOTI,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 USC Sections 1343 & 1349: Wire fraud and attempt or conspiracy to commit same.

Date: 05/14/2018

*Issuing officer's signature*
Diane K. Vescovo, U.S. Magistrate Judge
~~Special Agent David E. Palmer, FBI~~ (DKV)

City and state: Memphis, TN

*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*